FILED FEB 7 '22 PM 2:33 USDCALS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

STEPHANI S. BUERGER      Civil Action No.: 22-CV-51-KD-B
812 S REED AVE, #1
MOBILE, ALABAMA 36604
(no phone)

PLAINTIFF

  VS.

COMERICA BANK

DEFENDANT

FILED FEB 7 '22 PM 2:57 USDCALS

Clerk of the Court: Attached (1) copy of Bank Transaction Receipt 11/5/21 Evidence/Comerica and Complaint Form.

Civil Action No.: 20-0421-TFM-MU
Subject to change to a different case number.

Judge P. Bradley Murray, Magistrate Judge

Confidential: Wells Fargo Bank, Branch 006559307.

I recently spoke with an office manager at Wells Fargo Bank concerning the two electronic signatures. I asked her if I had a savings account was it possible if the two electronic signatures would show in their system. Meaning was my bank account attached to my Green Dot Comerica Card. She stated No.

Comerica should show a double signature. I am confident that the headquartered President of Comerica Bank knows if the Austin, TX location is their location. I believe without a doubt that it is their location. Employees in Houston, TX may say not that they know of.

The RIFD card blocker may have entered an IF STATEMENT requiring "yes" or "no", or go to this step and cash funds computer code. This would prevent the scam. Wells Fargo does have a chip debit card.

You should have copied evidence for years 2020

```
                Wells Fargo Bank
                Transaction Receipt


    Branch #0065593 07              Cash Chk

                                 Check Amount(s)

                                       $949.00

         Check(s) Total               $949.00

             Fee Total                  $0.00

    Loose Currency
       $100              $600.00
       $50               $300.00
       $20                $40.00
       $5                  $5.00
       $1                  $4.00
        Sub total         $949.00

              Cash Paid to Customer
                                      $949.00
    Transaction # 045 2059
    01:43PM 11/05/21

    Thank you, LUISA
```

and 2021 three page Annual Notices. Two letters of inquiry sent in 2020/No feedback for either letters. Federal offences. Bank hold federal Social Security Funds. Has Treasury Dept IRS as trademark in 2021. Copies of fees/Comerica error code 51, which is Social Security. Location Austin, TX should be prosecuted one employee or all. Possible closure of Business. Again, the President of Comerica Bank will retain any legal contacts. Could be anyone.

Stephani S Bueger
8 1/2 S Reed Ave. #1
Mobile, AL 36604-7225

Permission to Prosecute
Funds for NWO

In THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

## COMPLAINT

This complaint falls under Civil Rights Code Title 42 U.S.C. 2000(d). Dominance, vindication, IRS Laws and Federal Request of Inquiry. Comerica Bank holds federal Social Security money for each Social Security recipient. All applying laws must be entered in this lawsuit. The automated system, online website, Green Dot Chip Card and Banks with many intra/inter locations of operations are harbors for RIFD SCAMS and Scammers stealing sometimes hundreds of dollars. Comerica advertises SCAMS. All of which are not backed by U.S. Constitutional Laws or any laws. The internet itself is not backed by any laws. Social Security Funds are not safe or secure. One month's income could mean thirty days eviction on a budgeted monthly income. This could be devasting to those seeking a different home with homes so scarce to rent or buy.
Judge P. Bradley, Murray will decide a settlement

amount. The court will decide if a Comerica employee or staff has scammed any account and begin the prosecution process.

Stephani S. Buerger
8½ S. Reed Ave. #1
Mobile, Alabama 36604-1225
(no phone)

FILED FEB 7 '22 PM 2:57 USDCALS

Direct Express® Debit Card Program
PO Box 80769
Austin, TX 78708

PRESORTED
STANDARD
U.S. POSTAGE PAID
CONDUENT CARD
SERVICES

260871
STEPHANI S BUERGER
8 S REED AVE
APT 1
MOBILE, AL 36604

**IMPORTANT INFORMATION ENCLOSED**

105   HANSAPI   36604

S. BUERGER
8 1/2 S Reed AVE #1
MOBILE, ALABAMA 36604-1225




IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION
CLERK
155 ST JOSEPH STREET
MOBILE, ALABAMA 36602