# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **STEPHANI S. BUERGER,** ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION 1:22-00051-KD-B** |
| ) | |
| **COMERICA BANK,** ) | |
|     **Defendant.** ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 7, 2022, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that the Plaintiff's case is **DISMISSED** without prejudice pursuant to Fed.R.Civ.P. Rule 41(b) and this Court's inherent authority, due to her failure to prosecute and obey the Court's directives.

**DONE** and **ORDERED** this the **8th** day of **July 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**