## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **STEPHANI S. BUERGER,** | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )   **CIVIL ACTION 1:22-00051-KD-B** |
| | ) |
| **COMERICA BANK,** | ) |
|     **Defendant.** | ) |

## JUDGMENT

In accordance with the Order issued on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that the Plaintiff's case is **DISMISSED** without prejudice.

**DONE** and **ORDERED** this the **8th** day of **July 2022.**

                                      /s/ Kristi K. DuBose
                                      **KRISTI K. DuBOSE**
                                      **UNITED STATES DISTRICT JUDGE**